COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Dan Silvestri **V.** International Bank of Commerce

Appellate case number:   01-11-00921-CV

Trial court case number: 0921107

Trial court:             125th District Court of Harris County

Date motion filed:       02/22/13

Party filing motion:     Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  /s/ Terry Jennings_____
               ☐ Acting individually   ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes

Date: <u>March 6, 2013</u>